# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JIMMY BURNS, | ) |
| Petitioner, | ) |
| v. | ) No. 4:23-cv-00868-PLC |
| DORIS FALKENRATH, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. On July 12, 2023, the Court directed petitioner Jimmy Burns to sign and date his 28 U.S.C. § 2254 petition, and return it to the Court. (Docket No. 5). He was given thirty days in which to comply. More than thirty days have elapsed, and the Court has not received a signed § 2254 petition. The Court will therefore order petitioner to show cause as to why this action should not be dismissed for failure to comply with the Court's prior order. If petitioner fails to respond within **twenty-one (21) days** of the date of this order, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that within **twenty-one (21) days** of the date of this order, petitioner shall show cause as to why the Court should not dismiss this action for failure to respond to the Court's order of July 12, 2023.

**IT IS FURTHER ORDERED** that if petitioner fails to show cause within **twenty-one (21) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to petitioner a copy of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1), so that it might be signed and returned to the Court.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of August, 2023.